John C. Rake, WSBA #48910
Jrake@lvklaw.com
LARKINS VACURA KAYSER LLP
121 SW Morrison St., Suite 700
Portland, OR 87204
Telephone: 503-222-4424

Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

AT YAKIMA

| | |
|---|---|
| CHET MICHAEL WILSON, Individually and on behalf of all others similarly situated<br><br>Plaintiff;<br><br>v.<br><br>YAKIMA VALLEY FARM WORKERS CLINIC.<br><br>Defendant. | Case No. 1:26-CV-03003-SAB<br><br>**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

**LOCAL CIVIL RULE 7(b)(2) CERTIFICATION**

Pursuant to LCivR 7(b)(2), the undersigned counsel certifies that they have conferred in good faith with counsel for Plaintiff about the content of this motion and Plaintiff does not oppose the extension of time requested.

**MOTION**

Defendant Yakima Valley Farm Workers Clinic respectfully moves this Court under Fed. R. Civ. P. 6(b)(1)(A) to extend the time file an answer to Plaintiff's Complaint to March 2, 2026.

1  A response to the Complaint is currently due on January 29, 2026. Counsel for Defendant
2  requests an extension to March 2, 2026 due to counsel's existing litigation schedule (including a
3  trial scheduled during the week of February 23, 2026), and to provide adequate time to
4  investigate and respond to the allegations of the Complaint, including claims that are brought on
5  behalf of a putative class. Undersigned counsel certifies this Motion is not made for the purpose
6  of causing delay or any other improper purpose.
7      For the foregoing reasons, Defendant respectfully requests this Court grant the Motion
8  and extend the time within which Defendant may respond to the Complaint to March 2, 2026.

10  Dated: January 23, 2026.

LARKINS VACURA KAYSER LLP

**s/John C. Rake**
John C. Rake, WSB #48910
jrake@lvklaw.com
121 SW Morrison St., Suite 700
Portland, OR 97204
Telephone: (503) 222-4424

Attorneys for Defendant