John C. Rake, WSBA #48910
jrake@lvklaw.com
Elizabeth Parker, *pro hac vice* (OSB #242424)
eparker@lvklaw.com
LARKINS VACURA KAYSER LLP
121 SW Morrison St., Suite 700
Portland, OR 87204
Telephone: 503-222-4424


Attorneys for Defendant


UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

AT YAKIMA


| | |
|---|---|
| CHET MICHAEL WILSON,<br>Individually and on behalf of all others similarly situated<br><br>       Plaintiff;<br><br>   v.<br><br>YAKIMA VALLEY FARM WORKERS CLINIC.<br><br>       Defendant. | Case No.  1:26-CV-03003-SAB<br><br>**DEFENDANT YAKIMA VALLEY FARM WORKERS CLINIC'S CORPORATE DISCLOSURE STATEMENT** |


DEFENDANT YAKIMA VALLEY FARM WORKERS CLINIC'S
CORPORATE DISCLOSURE STATEMENT - 1

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Yakima Valley Farm Workers Clinic ("YVFWC"), by and through undersigned counsel, certifies that as of this date, it does not have a parent company and no publicly held corporation owns 10% or more of its stock.

Dated: April 3, 2026.

LARKINS VACURA KAYSER LLP

 s/John C. Rake
John C. Rake, WSB #48910
jrake@lvklaw.com
Elizabeth Parker, *pro hac vice* (OSB #242424)
eparker@lvklaw.com
121 SW Morrison St., Suite 700
Portland, OR 97204
Telephone: (503) 222-4424

Attorney for Defendant

DEFENDANT YAKIMA VALLEY FARM WORKERS CLINIC'S
CORPORATE DISCLOSURE STATEMENT - 2