# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON
### AT YAKIMA

CHET MICHAEL WILSON,
individually and on behalf of all others
similarly situated,

              Plaintiff,

         v.

YAKIMA VALLEY FARM
WORKERS CLINIC,

           Defendant.

Case No.  1:26-cv-03003-SAB

Honorable Chief Judge
Stanley A. Bastian

**STIPULATION OF DISMISSAL
WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1), the parties to this lawsuit, by and through their undersigned attorneys, hereby stipulate that this action shall be dismissed with prejudice and without fees and costs to any parties.

*[Counsel signatures to follow on next page.]*

Date:  May 22, 2026                    Date: May 22, 2026

*/s/ Samuel J Strauss*                 */s/ John C. Rake*
Samuel J Strauss, WSBA No. #46971      John C. Rake, WSBA #48910
**STRAUSS BORRELLI PLLC**              **LARKINS VACURA KAYSER LLP**
980 N Michigan Ave, Ste 1610           121 SW Morrison St., Suite 700
Chicago, IL 60611                      Portland, OR 97204
Telephone:  (872) 263-1100             Telephone: (503) 222-4424
Facsimile:  (872) 263-1109             jrake@lvklaw.com
sam@straussborrelli.com

*Counsel for Plaintiff*                *Counsel for Defendant*
*and the Putative Class*               *Yakima Valley Farm Workers Clinic*